IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHRISTIAN GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SANRAJ ENTERPRISES, INC. and )<br>MCCART PROPERTY, LTD., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE No. 4:19-CV-00913 |

## NOTICE OF SETTLEMENT

Plaintiff, CHRISTIAN GARCIA ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, SANRAJ ENTERPRISES, INC. and MCCART PROPERTY, LTD.

Plaintiff and Defendants, SANRAJ ENTERPRISES, INC. and MCCART PROPERTY, LTD,, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal of Defendants with Prejudice once the agreement is finalized. Plaintiff and Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 27th day of January, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 27th day of January, 2020.

/s/Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL