IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTIAN GARCIA, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:19-cv-00913-O |
| SANRAJ ENTERPRISES, INC. et al., | § § § | |
| Defendants. | § | |

## ORDER

On January 27, 2020, Plaintiff filed a Notice of Settlement. *See* Notice of Settlement, ECF No. 17. The Notice of Settlement informed the Court that Plaintiff reached settlement of all issues pertaining to this case. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with the corresponding proposed order—with the Clerk's Office **on or before February 24, 2020**. If further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court.

**SO ORDERED** on this **29th day** of **January, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

- 1 -