IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHRISTIAN GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:19-CV-00913 |
| SANRAJ ENTERPRISES, INC. and ) | |
| MCCART PROPERTY, LTD., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CHRISTIAN GARCIA ("Plaintiff") and Defendants, SANRAJ ENTERPRISES, INC. and MCCART PROPERTY, LTD. ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, SANRAJ ENTERPRISES, INC. and MCCART PROPERTY, LTD., and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 19th day of February, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

/s/      Lee F. Christie_____
Lee F. Christie
State Bar No. 04237100
Robert L. Florance, IV
State Bar No. 24087520
Pope, Hardwicke, Christie, Schell, et al
500 W. 7th Street, Suite 600
Fort Worth, TX  76102
Tel: (817) 332-3245
lfchristie@popehardwicke.com

Attorneys for McCart Property, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL